377 A.2d 191

Commonwealth v. Wright, Appellant.

Submitted March 14, 1977. Robert Bruce Evanick, Assistant Public Defender, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.